Court, Appellate Division, Second Department. October 23, 1909.) Action by Louis C. Brown and another against the Richmond Light & Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

BUCKLEY, WOODHULL & BURNS, Appellant, v. VAN KANNEL et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Buckley, Woodhull & Burns against Theophilus Van Kannel and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

BUFFALO FIRE OFFICE, Inc., Appellant, v. MOORE & MUIR CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by the Buffalo Fire Office, Incorporated, against the Moore & Muir Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

BUFFALO & L. E. TRACTION CO., Respondent, v. DEAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 29, 1909.) Action by the Buffalo & Lake Erie Traction Company against Stewart Dean and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

BUFFUM, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Henry T. Buffum against the Buffalo & Lake Erie Traction Company, impleaded

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that there is no evidence tending to establish negligence on the part of the defendant which was the proximate cause of the plaintiff's injury, that plaintiff failed to establish his freedom from contributory negligence, and upon the further ground that the court committed reversible error in refusing to charge as requested by the defendant.

---

BUGE, Appellant, v. NEWMAN, Respondent. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Action by Bernhard A. Buge against Minnie Newman. W. R. Hill, for appellant. W. Wills, for respondent. No opinion. Determination (61 Misc. Rep. 84, 113 N. Y. Supp. 198) affirmed, with costs. Order filed.

---

BURKE v. NEVILLE et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by William P. Burke against Margaret Neville and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re BUTLER'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) In the matter of the estate of J. Milton Butler, deceased. No opinion. Decree affirmed, with costs and disbursements.

---

CADMUS, Respondent, v. FRAZEE, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Frank D. Cadmus against James L. Frazee. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

CADMUS, Respondent, v. FRAZEE, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Frank D. Cadmus against James L. Frazee. No opinion. Final order of the Municipal Court affirmed, with costs.

---

CAFFERTY, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Mazie L. Cafferty against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence upon the questions of defendant's negligence and plaintiff's freedom from contributory negligence.

SPRING, J., not sitting.

---

CALLANAN v. KEESVILLE, A. C. & L. C. R. CO. et al. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by Michael J. Callanan, suing individually and in behalf of other stockholders of the defendant railroad company similarly situated, against the Keesville, Ausable Chasm & Lake Champlain Railroad Company and others.

PER CURIAM. Judgment (115 N. Y. Supp. 779), as settled, modified to provide that the plaintiff, within 30 days from the service of a copy of this judgment and notice of entry, elect whether he will comply with the conditions upon which relief is here given. If he does not within that time elect to comply with said conditions, the complaint is dismissed, without costs. If he does elect to comply with said conditions, the accounting is to proceed as specified in the judgment appealed from, except that the defendants may have credit for the amount reasonably expended upon the said road and in its management up to the date of the entry of this judgment, and are to be charged with the receipts from the road to the same date. Hon. Lynn J. Arnold is appointed referee to take and state the accounts and report them to the court. Upon the confirmation of his report, defendants Powers & Mansfield may have judgment against the railroad company for the amount found due. Upon the payment of that judgment the defendants shall turn back to the company the road and its equipment and other property as specified in the original judgment. After the payment of said judgment and the